**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Lory Konstantino and Arthur Konstantino,**                **Plaintiffs,**     **v.** **Esser, James & Associates, LLC; and DOES 1-10, inclusive,**                **Defendants.** | **Civil Action No.: 3:16-cv-00794-RNC** |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Lory Konstantino and Arthur Konstantino ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the complaint and voluntarily dismiss this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: December 22, 2016**

                                                   **Respectfully submitted,**

                                                   **By** <u>*/s/ Sergei Lemberg*</u>

                                                   **Sergei Lemberg, Esq.**
                                                 **LEMBERG LAW, LLC**
                                                 **43 Danbury Road, 3rd Floor**
                                                 **Wilton, CT 06897**
                                                 **Telephone: (203) 653-2250**
                                                 **Facsimile: (203) 653-3424**
                                                 **Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

**I hereby certify that on December 22, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

*/s/ Sergei Lemberg*

**Sergei Lemberg, Esq.**